**Ralph and Opal CASE, Respondents–Appellants,**

v.

**Perry and Wavalea OLIVER, Appellants–Respondents.**

**No. WD 42986.**

Missouri Court of Appeals, Western District.

Dec. 18, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 29, 1991.

Application to Transfer Denied March 5, 1991.

Creath S. Thorne, St. Joseph, Dale K. Miller, Savannah, for respondents-appellants.

Don Pierce, St. Joseph, for appellants-respondents.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

The Case's sued to determine title to a 30 foot strip of real estate was ruled in their favor, and defendant Olivers appealed. The judgment declaring an easement in favor of the Olivers was cross-appealed by the Cases. Judgment affirmed. Rule 84.-16(b).